■ FRANCIS LEADEN et al., Appellants, v TERESA F. LEADEN, Respondent. —Judgment, Supreme Court, Bronx County, entered on September 30, 1974, dismissing the complaint in this negligence action, unanimously affirmed, without costs and without disbursements. Plaintiffs failed to establish a prima facie case. They did not prove that an act or omission of their daughter was the proximate cause of her father's injuries, nor did they prove that his own negligence did not contribute to same. Concur—Stevens, P. J., Markewich, Capozzoli and Lane, JJ.

■ MOE HIRSCH, Appellant, v FAY HIRSCH, Respondent.—Order, Supreme Court, New York County, entered January 8, 1975, granting defendant's motion to dismiss the complaint on the ground of *forum non conveniens,* unanimously affirmed. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Considering the entire background of this litigation, including the facts that "the very acts which form the basis of [plaintiff's] claims in this action", occurred within the State of Florida, that there is a related action already pending in Florida, as well as the parties' nexus to the State of Florida, we conclude that New York is an inconvenient forum for trial of this action and that the dispute should more appropriately be litigated in the State of Florida. Concur—Markewich, J. P., Kupferman, Murphy, Tilzer and Nunez, JJ.

■ LYDIA SOTO, Individually and as Mother and Natural Guardian of ANTONIA COLON and Another, Infants, et al., Respondents, v FRANCESCO SCALA, Individually and as Father and Natural Guardian of FRANK SCALA, an Infant, Appellant.—Order, Supreme Court, Bronx County, entered February 26, 1975, unanimously affirmed, without costs and without disbursements. The reasons for delay in furnishing a bill of particulars were satisfactorily explained by plaintiffs and, no prejudice having been shown, it was a proper exercise of discretion to permit the belated bill to be served and to deny the motion to dismiss. Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Nunez, JJ.